

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-25,137-22

## EX PARTE JIMMY JAMES MAMOTH, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 34,632-F IN THE 27TH DISTRICT COURT FROM BELL COUNTY

*Per curiam.*

## O R D E R

Applicant was convicted of burglary of a habitation and sentenced to forty years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied time credit from October to December 2017 when a detainer was on his record in Arizona. Applicant has alleged facts that, if true, might entitle him to relief. Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order the Texas Department of Criminal Justice's Office of the General Counsel (TDCJ) to obtain a response from a person with knowledge of relevant facts. In developing the record, the trial court may use any

means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The response from TDCJ shall state whether there was a detainer active on Applicant's case from October to December 2107.

The trial court shall make findings of fact and conclusions of law as to whether, Applicant is eligible for time credit due to a detainer and, if so, whether he is receiving the proper credit for that time. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claims.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: September 16, 2020
Do not publish